IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2008

GREGORY C. LANGHAM
CLERK

DAVID D. BROWN and GERALDINE K. BROWN,

Plaintiffs,

v.

'08-CV-00897

HUNT TRANSPORTATION, INC., and DALE BESSOLO,

Defendants.

## NOTICE OF REMOVAL

1.  Plaintiffs David D. Brown and Geraldine K. Brown, citizens of the State of Colorado, have sued the undersigned Defendant, Dale Bessolo, a citizen of the State of Texas, and Defendant Hunt Transportation, Inc., a citizen of the state of Nebraska, for monetary damages in excess of $100,000 exclusive of costs and interest in the District Court, County of El Paso, State of Colorado. <u>Brown, et al., v. Hunt Transportation, Inc., et al.</u>, No. 2008-CV-903.

2.  Because the parties are diverse of citizenship and the amount in controversy exceeds $75,000, Defendant Bessolo removes Plaintiffs' action filed in the District Court, County of El Paso, State of Colorado, to the United States District Court for the District of Colorado. 28 U.S.C. §§ 1332(a)(1), 1441(a).

3.  Removal is timely under 28 U.S.C. § 1446(b) as Defendant Bessolo was served with a copy of the Complaint in the case on April 1, 2008. <u>See</u> Exhibit 1.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2008

GREGORY C. LANGHAM
CLERK

Respectfully submitted,

_____
Dale Bessolo
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 7th day of April, 2008, via first-class mail, postage prepaid, on the following:

Daniel B. Stageman
Attorney for Plaintiff
1220 Lake Plaza Drive, Suite A
Colorado Springs, Colorado 80906

Clerk, District Court, County of El Paso
270 South Tejon
Colorado Springs, Colorado 80903

Hunt Transportation, Inc.
Timothy G. Aschoff
13-132 S. 13th Street
Suite 300
Lincoln, Nebraska 68508

_____
Dale Bessolo

*Sel 4/1/08 7:45A*

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br><br>Court Address: 270 South Tejon, Colorado Springs, Colorado 80903 | |
| DAVID D. BROWN and GERALDINE K. BROWN,<br><br>Plaintiffs,<br><br>vs.<br><br>HUNT TRANSPORTATION, INC., and DALE BESSOLO,<br><br>Defendants. | ▲ COURT USE ONLY ▲ |
| Attorney:<br>Name: Daniel Stageman<br>Address: 1220 Lake Plaza Drive, Suite A<br>Colorado Springs, CO 80906<br><br>Phone Number: (719) 527-4790<br>FAX Number: (719) 538-0352<br>E-mail: sdaniel121@qwest.net<br>Atty. Reg. #: 14797 | Case Number: 2008CV903<br><br>Div.: 13    Ctrm.: |
| SUMMONS | |

**The People of the State of Colorado**
**To the Defendant <u>DALE BESSOLO</u>, named above:**

You are summoned and required to file with the clerk of this court an answer or other response to the attached complaint within twenty (20) days after this summons is served on you in the State of Colorado, or within thirty (30) days after this summons is served on you outside the State of Colorado.

If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice to you.

The following documents are also served with this summons: Complaint and Civil Cover Sheet

*Exhibit 1*

DATE: March 6, 2008

                                        Respectfully submitted,

                                        DANIEL STAGEMAN, P.C.

                                        By: _____

                                        Daniel B. Stageman, #14797
                                        Attorneys for Plaintiff
                                        1220 Lake Plaza Drive, Suite A
                                        Colorado Springs, CO 80906
                                        (719) 527-4790

THIS SUMMONS IS ISSUED PURSUANT TO RULE 4, CRCP, AS AMENDED. A COPY OF THE COMPLAINT MUST BE SERVED WITH THIS SUMMONS.

**RETURN OF SERVICE**

State of _____

_____ County

    I declare under oath that I served this summons and a copy of the complaint in this case on the defendant in

_____ County, _____ on _____ at _____
                                                                                                            Date              Time

at the following location:

☐ by handing it to a person identified to me as the defendant.

☐ by leaving it with the defendant who refused service.

☐ by leaving it with _____ designated to receive service for the defendant.

☐ I am over the age of 18 years and am not interested in nor a party to this case.

☐ I attempted to serve the defendant on _____ occasions but have not been able to locate the defendant.

Return to the plaintiff is made on _____.
                                               Date

Signed under oath before me on _____   _____
                                                    Name                                              Date

_____
Notary Public*

*Notary should include address and expiration date of commission

☐ Private Process server

☐ Sheriff, _____ County

Service $ _____

Mileage $ _____

RECEIVED

MAR 2 4 2008

BOWIE COUNTY
SHERIFF'S DEPT.

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br><br>Court Address: 270 South Tejon, Colorado Springs, Colorado 80903 | |
| DAVID D. BROWN and GERALDINE K. BROWN,<br><br>Plaintiffs,<br><br>vs.<br><br>HUNT TRANSPORTATION, INC., and DALE BESSOLO,<br><br>Defendants. | ▲   COURT USE ONLY   ▲ |
| Attorney:<br>Name: Daniel Stageman<br>Address: 1220 Lake Plaza Drive, Suite A<br>Colorado Springs, CO 80906<br><br>Phone Number: (719) 527-4790<br>FAX Number: (719) 538-0352<br>E-mail: sdaniel121@qwest.net<br>Atty. Reg. #: 14797 | Case Number: 2008CV903<br><br>Div.: 13   Ctrm.: |
| **DISTRICT COURT CIVIL (CV) COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2. Check the boxes applicable to this case.

   ☐ Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

   ☑ Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

✓

☐ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

☑ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)), **or**

☐ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3.   ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date:   January 30, 2008

_____
Signature of Party or Attorney for Party

| NOTICE |
|---|
| ✓ This cover sheet must be filed in all District Court Civil (CV) Cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing. |
| ✓ This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint. |
| ✓ This cover sheet shall not be considered a pleading for purposes of C.R.C.P. 11. |

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br><br>Court Address: 270 South Tejon, Colorado Springs, Colorado 80903 | |
| DAVID D. BROWN and GERALDINE K. BROWN,<br><br>Plaintiffs,<br><br>vs.<br><br>HUNT TRANSPORTATION, INC., and DALE BESSOLO,<br><br>Defendants. | ▲ COURT USE ONLY ▲ |
| Attorney:<br>Name: Daniel Stageman<br>Address: 1220 Lake Plaza Drive, Suite A<br>Colorado Springs, CO 80906<br><br>Phone Number: (719) 527-4790<br>FAX Number: (719) 538-0352<br>E-mail: sdaniel121@qwest.net<br>Atty. Reg. #: 14797 | Case Number: 2008CV903<br><br>Div.: 13   Ctrm.: |
| COMPLAINT | |

Handwritten annotations:
Service =
- Pet Svc —
- Proof of Svc
  Dale Bessolo
  4-1-08 (4-10)
- Hunt Transp. —
  Ans. (4-8)
- Appear —
  Larry S. McClure

Brown
S|

The plaintiffs, by their undersigned attorney, complain as follows:

1. The plaintiffs reside at 8813 Rockcreek Lane, Colorado Springs, CO 80926.

2. The plaintiffs are married, and were married before the collision which is the subject of this action.

3. The defendant is a Nebraska corporation. Its registered agent is Timothy G. Aschoff, 130-132 S. 13th St, Suite 300, Lincoln, Ne 68508.

4. On July 5, 2005, a 2002 International Tractor, Model 9400, towing a trailer, collided with a vehicle owned and operated by the plaintiff David D. Brown. This incident shall hereafter be referred to as "the collision."

5. At the time of the collision the aforementioned tractor/trailer was owned by the defendant Hunt Transportation, Inc. (hereinafter, "Hunt"), and was being operated by one Dale

Bessolo (hereinafter, "Bessolo"), who was employed by Hunt.

6. At all times material hereto Bessolo was acting in the course and scope of his employment with Hunt. Bessolo's last known address is 1350 Bayshore Road, Canutillo, Texas, 79835.

7. Just prior to the collision Bessolo was driving Hunt's tractor/trailer south on Highway 115 in Colorado Springs, Colorado. Bessolo was in the left through lane. The plaintiff David Brown also was traveling south on Highway 115, in the right through lane. Bessolo illegally moved into the right through lane, striking the Brown vehicle.

8. As a result of the collision David Brown was injured. Those injuries have resulted in significant medical expenses and substantial loss of earnings.

9. The plaintiff David Brown has, as a result of the collision, endured pain and suffering, and will have a permanent physical impairment, a loss of quality of life, loss of earning capacity and emotional distress.

10. As a result of David Brown's injuries Geraldine Brown has lost time from work to care for her husband and a loss of consortium.

11. The collision resulted from the negligence of Bessolo.

12. The negligence of Bessolo is imputable to Hunt and, in addition, Hunt is independently negligent for hiring Bessolo.

WHEREFORE, the plaintiffs pray for judgment in such amount as will fully compensate them, plus interest from the date of the collision, costs and such other and further relief as the court deems just and equitable.

DATE: January 29, 2008

Respectfully submitted,

DANIEL STAGEMAN, P.C.

By: _____
Daniel B. Stageman, #14797
Attorneys for Plaintiffs
1220 Lake Plaza Drive, Suite A
Colorado Springs, CO 80906
(719) 527-4790

COMMITTED NAME: Dale Bessolo
REG. NO. & QTRS: 35753-177
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505-7000

Clerk US District Court
1929 Stout Street
Denver, Colorado 80294-3589

