/3




# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
DISTRICT OF COLORADO

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

MAY 1 2008

M.V. PERRY
CLERK OF COURT

GREGORY C. LANGHAM, CLERK

Room A-105
United States Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

May 01, 2008

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 6 2008

GREGORY C. LANGHAM
CLERK

Clerk of Court
El Paso County District Court
270 S. Tejon
Colorado Springs, CO 80903

Re:   08-cv-00897-ZLW Brown, et al v. Hunt Transporation, Inc, et al

To Whom It May Concern:

The above-captioned case has been remanded to the El Paso County District Court pursuant to the Order for Summary Remand entered on April 30, 2008. Enclosed please find, all original documents filed in the above-captioned case, a certified copy of the docket sheet, a certified copy of the Order, a copy of this letter, and a self addressed stamped envelope.

Please acknowledge receipt of these documents on the duplicate of this letter and return the same in the enclosed envelope. By copy of this letter, the defendant is being advised of the remand and is requested to file all further pleadings with your court.

If we may be of further assistance, please feel free to contact me.

Very truly yours,

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

Copy to: Dale Bessolo